IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TOMMY LEE GISSENDANNER,**
    Plaintiff,

vs.                                                          CASE NO.:  3:08cv332/MCR/MD

**DR. RUMMEL, et al.,**
    Defendants.
                                                    /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 27, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3.    All pending motions are DENIED as moot.

4.    The clerk is directed to close the file.

DONE AND ORDERED this 8th day of October, 2008.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**